IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 MAR 31 A 9:58

LARYIE EARL JONES
Full name and prison number
of plaintiff(s)

v.

GREG WHITE

ANTHONY CLARK

LARRY SELMON

WALTER INABBINET

WALT MERRILL

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:06cv289-WKW
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   YES (X)   NO (  )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES (X)   NO (  )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) LARYIE EARL JONES

         Defendant(s) ANTHONY CLARK

      2. Court (if federal court, name the district; if state court, name the county) Middle

3. Docket number **2:05-CV-701-F**

4. Name of judge to whom case was assigned **DELORES R. BOYD**

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) **STILL PENDING**

6. Approximate date of filing lawsuit **JULY 29, 05**

7. Approximate date of disposition **PENDING**

II. PLACE OF PRESENT CONFINEMENT **COVINGTON COUNTY JAIL 290 HILLCREST DR ANDALUSIA AL 36420**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **COVINGTON COUNTY JAIL 290 HILLCREST DR ANDALUSIA AL 36420**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| County Comm. | 1. GREG WHITE | 260 HILLCREST DR ANDALUSIA AL 36420 |
| SHERIFF | 2. ANTHONY CLARK | 260 HILLCREST DR ANDALUSIA AL 36420 |
| D. SHERIFF | 3. WALTER INABBINET | 260 HILLCREST DR ANDALUSIA AL 36420 |
| CHIEF JAILER | 4. LARRY SELMON | 260 HILLCREST DR ANDALUSIA AL 36420 |
| STATE JUDGE | 5. ASHLEY MCKATHAN | 1K NORTH COURT ST ANDALUSIA AL 36420 |
| STATES D.A | 6. WALT MERRILL | 100 N. COURT ST ANDALUSIA AL ANDALUSIA 36420 |
| State Judge | | CHARLES A. SHORT - 1K NORTH COURT ST ANDALUSIA AL 36420 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **JULY 14-2004 AND JAN-3-06 PLAINTIFF WAS TRANPORT TO KILBY STATE PRISON. WITHOUT BEEN ADJUDGED GUILTY OF ANY CRIME**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **WRONGFUL DEATH IN RESULTS OF DEPRIVATION OF MEDICAL ATTENTION. TB TEST AND OF PLAINTIFF RIGHTS PRIVILEGE AND IMMUNITY SECURED BY CONSTITUTION AND LAWS OF THE UNITED STATES. DEFENDANTS CAUSE PLAINTIFF TO HAVE GERMS IN HIS BODY THAT CAUSE TUBERCULOSIS (TB) AND HE IS HELD AGAINST HIS WILL UNLAWFULLY, HE IS IN PAIN. SEE EXHIBIT (A) TO SHOW PROOF THAT HE HAS THE TB GERMS IN HIS BODY AND HE WAS DENIED TUBERCULIN SKIN TEST. THE DEFENDANT "JOHN DOE" IS THE CAUSE OF PLAINTIFF TO HAVE THE GERMS OF TUBERCULIN (TB) HE SIGN ON WITH SOUTHERN HEALTH PARTNERS, INC. TO WORK AT THE COVINGTON COUNTY JAIL. SEE EXHIBIT (B) WHERE PLAINTIFF COMPLYS JAIL POLICY, PLAINTIFF HAS NOT YET GOT ANY THING FOR PAIN OR SEEN A TOOTH DOCTOR, IT A EMERGENCY SITUATION ALL THE NURSES HAS KNOWLEDGE OF THE PAINS, AND SUFFINS VIOLATE PLAINTIFF EIGHTH AMENDMENT.**

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

THE PLAINTIFF HAS BEEN INCARCERATION AT THE COVINGTON COUNTY JAIL FOR 20 MONTHS AND 12 DAYS, AND CAUSE (IN) OF DEATH, HE WERE DENIED FOURTEENTH AMENDMEN'S CONSTITUTIONALLY AND FEDERALLY PROTECTED RIGHTS STATUTES AND HIS CLAIM IS IN NATURE OF TORT OF SLOW DEATH BECAUSE OF VIOLATION OF CIVIL RIGHTS, BECAUSE DEFENDANTS ACT UNDER COLOR OF STATE LAW,

**GROUND TWO:** AS RESULT OF CONSPIRACY CARRIED OUT TO COVER UP TRUE FACTS SURROUNDING DECEDENT DEATH. - THE DEFENDANTS "JOHN DOE" HAD PERSONAL

**SUPPORTING FACTS:** KNOWLEDGE THEY WILLFULLY PARTICIPATED CONSPIRACY ACTED JOINTLY AND THAT SOME OVERT ACT WAS DONE IN FURTHERANCE OF CONSPIRACY. - CAUSE OF DEATH LONG DURATION OF CONFINEMENT. - RACIAL DISCRIMINATION THE PLAINTIFF HAS SEEN THE SAME PEOPLES IN AND OUT OF JAIL 4 TO 5 TIMES ON NEW CHARGES, ALL OF THEM WOULD GET OUT ON BAIL, PLAINTIFF BAIL DENIED BECAUSE HE IS BLACK, THE SAME PEOPLES IS WHITE AND GET BAIL, THE DEFENDANT "JOHN DOE" INTENTIONALLY DENIED PLAINTIFF BAIL, COUNTY OFFICERS AND STATE THEY HAD KNOWLEDGE THAT DEFENDANT "JOHN DOE" PERSONALLY ACT OUTSIDE SCOPE OF THEIR JURISDICTION

**GROUND THREE:** OFFICERS, INTENTIONALLY PARTICIPATED IN CONSPIRACY BECAUSE AND IN MANNER NOT AUTHORIZED BY LAW TO DENIED PLAINTIFF BAIL, TWO JUDGES AS DEFENDANTS, ACTED WILLFULLY WITH KNOWLEDGE AND PARTICIPATED CONSPIRACY AND ACTED IN CLEAR ABSENCE

**SUPPORTING FACTS:** OF ALL JURISDICTION, AND IN DOING SO DENIED PLAINTIFF BAIL, AMOUNTS IN SUPPORT OF FALSE IMPRISONMENT, AND WILLFULLY INTENTIONALLY DEPRIVATION RIGHT PLAINTIFF IS A DEAD MAN WALKING, IN THE YEAR 2004 DEFENDANTS COUNTY OFFICERS PUT A SICK MAN IN THE CELL BLOCK WITH INTENTIONALLY KNOW THAT THE MAN HAD TUBERCULOSIS (TB) PLAINTIFF WAS DENIED TUBERCULIN SKIN TEST, HE FOUND OUT ABOUT HE HAD THE GERMS AT KILBY CORRECTIONAL, AND HE HAD THIS GERMS SINCE 2004, THE TB TREATMENT IS NOT HELPING HE HAS 7 OF SIGNS AND SYMPTOMS, HE THINKS IT TO LATE TO BE CURED. PLAINTIFF IS SUFFERING PAIN OF TOOTHACE, HE IS A PRETRIAL DETAINEE AND HE HAS BEEN DENIED MEDICAL TREATMENT AND ATTENTION IT BEEN (3) WEEK, HE HAS BEEN DEPRIVED MEDICATION FOR PAIN COGNIZABLE UNDER STATE TORT LAW INDIFFERNCE, DELIBERATE AND ACTIONS INTENTIONAL AND AMOUNTED TO CRUEL AND UNUSUAL PUNISHMENT, PLAINTIFF IS ENTITLE TO RELIEF IMMEDIATE PLAINTIFF REQUESTED FOR PSYCHIATRIC, HE WAS DENIED. HE WAS AND HAS BEEN KIDNAP AT KILBY AND SOMETHING HAS HAPPEN TO HIM THAT WHY HE NEED PSYCHIATRIC, PLAINTIFF IS SPREADING TO OTHERS INMATES THE TB GERMS. PLAINTIFF IS DIEING IN THIS JAIL AND NO BODY SEEN TO CARE, IF HE DIE OR NOT OR THAT HE FEEL HIS DEATH. SEE EXHIBIT(C) WHEREIN PLAINTIFF COMPLY WITH JAIL POLICY, HE WANTS A BAIL SET, AND SHOWS HE IS BEEN DEPRIVATION HIS RIGHT TO BAIL, AND NOTHING HAS BEEN DONE ABOUT IT YET AND PLAINTIFF SEE ALL OF THEM WHITE PEOPLES GET BAIL. IT WRONG DOING STATE PART

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

IF PLAINTIFF die ~~WHAT~~ INCARCERATION OF TB TUBERCULOSIS HE WANTS THE FAMILY STANDING AS BENEFICIARIES LINDA AND LILLY AUSTIN FOR DEPRIVATION OF PLAINTIFF CONSTITUTIONALLY RIGHTS IN, DAMAGES PUNITIVE IN, SUM OF FIVE MILLION DOLLARS, PLAINTIFF DEMANDS IMMUNE OF KIDNAP FALSE IMPRISONMENT CRUEL AND UNUSUAL PUNISHMENT, HE STILL SUFFERING PAIN 24 HOURS A DAY FOR EACH DAY FOR SUFFERING PAIN HE WANT THE COURT TO AWARD $2500.00 AND FOR DENIED MEDICAL ATTENTION AND PAIN MEDICATION $200,000 AND DEFENDANTS JOBS.

_Sarpie Earl Jones_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 3-27-06
(Date)

_Sarpie Earl Jones_
Signature of plaintiff(s)

4