# COVINGTON COUNTY JAIL
## INMATE REQUEST /GRIEVANCE

NAME **Laryie Earl Jones**   BLOCK **A**   DATE **3-9-06**

( ) TELEPHONE CALL ( ) CUSTODY CHANGE (X) PERSONAL PROBLEMS
( ) SPECIAL VISIT ( ) TIMESHEET (X) GRIEVANCE (X) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C/O.

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
(X) SHERIFF (X) CHIEF JAILER ( ) JAILER ( ) RECORDS OFFICE ( ) CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WI APPLICABLE **Emergency Grievance**

MR LARRY I BEEN HAVE A TOOTHACE FOR 3 WEEKS, I DON'T HAVE ANY THING FOR PAIN, THE NURE SAID THAT SHE GAVE YOU A NOTE. MY FAMILY WILL COME AND TAKE ME IF YOU WOULD APPROVE ME A PASS AND THEY WILL PAY TO HAVE THEM PULL. OR PLEASE GET ME A BAIL SET I AM PAINING I NEED THESES TOOTHS PULL. IF YOU CAN'T GET ME AN BAIL PLEASE APPROVE ME A PASS. PLEASE HELP ME I NEED SOMETHING FOR PAIN IT CRUEL AND UNSUAL PUNISHMENT TO BE HELD AGAINST MY WILL SUFFING PAINS. THANK YOU

*Laryie Earl Jones*

---

SECTION BELOW THIS LINE FOR REPLY ONLY

( ) APPROVED ( ) DENIED ( ) PAY PHONE ( ) COLLECT ( ) OTHER

• I will check on this for you.