EXHIBIT C

# COVINGTON COUNTY JAIL
## INMATE REQUEST / GRIEVANCE

NAME **LARYIE EARL JONES**  BLOCK **A**  DATE **3-14-06**

( ) TELEPHONE CALL  ( ) CUSTODY CHANGE  (X) PERSONAL PROBLEMS
( ) SPECIAL VISIT  ( ) TIMESHEET  (X) GRIEVANCE  ( ) OTHER

BRIEFLY OUTLINE YOUR REQUEST/GRIEVANCE THEN PRESENT TO A C O

IF REQUEST PLEASE CHECK TO WHOM IT IS DESIRED TO
(X) SHERIFF  (X) CHIEF JAILER  ( ) JAILER  ( ) RECORDS OFFICE  ( ) CHAPLAIN

IF THIS IS A GRIEVANCE STATE THE PARTIES INVOLVED AND NAMES OF WI[TNESSES IF] APPLICABLE.

MR LARRY SELMON I HAVE BEEN IN YOUR JAIL TODAY WILL MAKE 20 MONTH, I REQUET YOU CAIL TO THE COURTHOUSE AND ASK JUDGE SHORT TO GIVE ME MY 8 AMENDMENT BACK, AND SET ME A REASONABLE BAIL, OR YOU AND THE SHERIFF WILL BE CHARGE WITH KIDNAPPING AND FALSE IMMPRISONMENT, ALL SO BOTH OF THE CIRCUIT JUDGES I NEED TO BE RELEASE THIS WEEK. THESES CHARGES ARE ALL READY INEFFCET YOU WILL SEE AT THE END OF THIS WEEK OR FIRST OF NEXT WEEK. I BEEN AWAY FROM MY FAMILY TO LONG. Laryie Earl Jones

SECTION BELOW THIS LINE FOR REPLY ONLY

( ) APPROVED  ( ) DENIED  ( ) PAY PHONE  ( ) COLLECT  ( ) OTHER

- You were in court yesterday. The judge is going to do a order.