IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARYIE EARL JONES, #156610, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-289-WKW |
| | )   (WO) |
| GREG WHITE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On April 10, 2006, the Magistrate Judge filed a Recommendation (Doc. # 3) in this case, finding that the plaintiff's claims are due to be dismissed pursuant to 28 U.S.C. § 1915(g). No objections to the Recommendation were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The plaintiff's claims are DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 5th day of May, 2006.

                                              /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE